UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE WANG, Plaintiff-Appellant, v. CITY OF CUPERTINO; PHILLIP WILLKOMM, Defendants-Appellees, and JOYCE FUNG; et al., Defendants. | No. 23-16090 D.C. No. 5:22-cv-06822-BLF Northern District of California, San Jose ORDER |

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

The motion for reconsideration (Docket Entry No. 13) is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed case.

OSA111